RECEIVED

JUL 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

**UNITED STATES OF AMERICA**

**VS**

**KINDAL L. NATION**

CRIMINAL NO.: 3:02CR30043-02
JUDGE JAMES
MAG. JUDGE HAYES

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is **GRANTED** for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Monroe, Louisiana, this 22 day of July, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE